# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Fish, Allen J. | 2. Court or Organization<br><br>United States District Court, Northern District of Texas | 3. Date of Report<br><br>05/12/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge (Senior) | 5a. Report Type (check appropriate type)<br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

1100 Commerce Street
Suite 1404
Dallas, Texas 75242

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2016 | SMU Dedman School of Law - teaching for spring and fall terms |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fish, Allen J. | 05/12/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | SMU Dedman School of Law - teaching | $80,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fish, Allen J. | 05/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fish, Allen J. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Texas Federal Credit Union Accounts, Dallas, TX | A | Dividend | M | T | | | | | |
| 2. IRA #1 | | | | | | | | | |
| 3. -Vanguard Total Stock Mkt Index Fund (VTSMX) | A | Dividend | J | T | | | | | |
| 4. -Vanguard Inflation Protected Securities Fund (VIPSX) | A | Dividend | J | T | | | | | |
| 5. IRA #2 | | | | | | | | | |
| 6. -Vanguard Total Stock Mkt VIPERS (VTI) | A | Dividend | | | Sold | 02/12/16 | J | A | |
| 7. | | | K | T | Buy | 05/31/16 | K | | |
| 8. | | | | | Buy (add'l) | 06/30/16 | K | | |
| 9. | | | | | Buy (add'l) | 07/29/16 | K | | |
| 10. -iShares TIPS Bond Fund (TIP) | A | Dividend | | | Sold | 02/12/16 | J | A | |
| 11. -iShares EAFE Index Trust (EFA) | A | Dividend | | | Sold | 02/12/16 | J | A | |
| 12. -Vanguard REIT VIPERS (VNQ) | A | Dividend | | | Sold | 02/12/16 | J | A | |
| 13. -SPDR Select Sector-Energy (XLE) | A | Dividend | | | Sold | 02/12/16 | J | A | |
| 14. -American Century Int'l Bond Fund (BEGBX) | A | Dividend | | | Sold | 02/12/16 | J | A | |
| 15. -iShares Russell 1000 Value Trust (IWD) | A | Dividend | | | Sold | 02/12/16 | J | A | |
| 16. -iShares Russell 2000 Value Trust (IWN) | A | Dividend | | | Sold | 02/12/16 | J | A | |
| 17. -iShares EAFE Value Index Trust (EFV) | A | Dividend | | | Sold | 02/12/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fish, Allen J. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Vanguard Emerging Markets VIPERS (VWO) | A | Dividend | | | Sold | 02/12/16 | J | A | |
| 19. -Berkshire Hathaway Class B (BRK/B) | | None | | | Sold | 02/12/16 | L | D | |
| 20. -Vanguard Total Bond Mkt VIPERS (BND) | A | Int./Div. | K | T | Buy | 05/31/16 | K | | |
| 21. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 22. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 23. IRA #3 | | | | | | | | | |
| 24. -Berkshire Hathaway Class B (BRK/B) | | None | J | T | | | | | |
| 25. Exxon Mobil Common Stock (XOM) | B | Dividend | K | T | | | | | |
| 26. Voya Financial, Inc. deferred annuity | B | Interest | K | T | | | | | |
| 27. Athene Life & Annuity Company deferred annuity | D | Interest | M | T | | | | | |
| 28. Charles Schwab Bank Accounts | A | Interest | L | T | | | | | |
| 29. Oxford Life Insurance Company deferred annuity | D | Interest | M | T | | | | | |
| 30. IRA #4 | | | | | | | | | |
| 31. -Schwab Money Market Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fish, Allen J. | 05/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The items reported in paragraph VII (1) , (28), and (31) are credit union, bank, and money market accounts. Detailed transactional data are not being provided in accordance with the instructions.

2. The proceeds of the sales reported in paragraphs VII (6), (10), (11), (12), (13), (14), (15), (16), (17), (18), and (19) were used to purchase the shares reported in paragraphs VII (7), (8), (9), (20), (21), and (22) and to pay a minimum distribution required by the Internal Revenue Code.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Allen J. Fish**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544